# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE LEE BATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-00082 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On November 27, 2017, the magistrate judge issued a Report and Recommendation (DE #18), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 12) is GRANTED, the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings consistent with the Report and Recommendation.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 15th day of December 2017.

_____
ALETA A. TRAUGER
U.S. District Judge